No. 01–583. FOWLIE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–692. TOPEKA STATE HOSPITAL ET AL. *v.* TURNBULL. C. A. 10th Cir. Certiorari denied.

No. 01–816. PEGG *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–823. TRIOLA *v.* VIERA. C. A. 3d Cir. Certiorari denied.

No. 01–858. ESTATE OF GLADDEN, BY AND THROUGH ITS PERSONAL REPRESENTATIVE, GLADDEN, ET AL. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–917. BROWN *v.* 3M ET AL. C. A. Fed. Cir. Certiorari denied.

No. 01–936. BESSER ET AL. *v.* HARDY. C. A. 6th Cir. Certiorari denied.

No. 01–1078. BURDEN ET AL. *v.* CHECK INTO CASH OF KENTUCKY, LLC, ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–1081. UBINAS-BRACHE *v.* DALLAS COUNTY MEDICAL SOCIETY ET AL. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 01–1082. THREADGILL *v.* MOORE U. S. A., INC. C. A. 7th Cir. Certiorari denied.

No. 01–1084. DESMOND ET AL. *v.* BANKAMERICA CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–1086. JACKSON *v.* MORGAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–1089. DODDS ET AL. *v.* HALLIBURTON ENERGY SERVICES, INC. C. A. 5th Cir. Certiorari denied.

No. 01–1090. CARLSON ET AL. *v.* UNITED ACADEMICS-AAUP/AFT/APEA AFL–CIO. C. A. 9th Cir. Certiorari denied.